IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

RICARDO FUENTES,

        Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.        No. 6:24-CV-06310-EAW

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between Molly Carter, Special Assistant United States Attorney for the Western District of New York, attorney for the defendant, and Malcolm Kim, attorney for the plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$8,475.99** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Date: January 23, 2026

        MICHAEL DIGIACOMO
        United States Attorney
        Western District of New York

By:   */s/ Molly Carter*
        Molly Carter
        Special Assistant United States Attorney
        Program Litigation 2
        Social Security Administration
        Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235

                                (617) 565-2393
                                molly.carter@ssa.gov

By:    */s/Malcolm Kim*
        Malcolm Kim
        M.S. Kim Law
        2269 Lyell Avenue, Suite 103
        Rochester, NY 14606
        mal@mskimlaw.com

SO ORDERED

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: January 23, 2026